AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern             District of             New York

Betty Jean Troutman

**SUMMONS IN A CIVIL ACTION**

V.

Merck & Co., Inc.

CASE NUMBER:

**08 CV 0434**

TO: (Name and address of Defendant)

Merck & Co., Inc.
One Merck Drive
P.O. Box 100, WS3AB-05
Whitehouse Station, NJ 08889-0100

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Annesley H. DeGaris
Cory Watson Crowder & DeGaris
2131 Magnolia Avenue, STE 200
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
Email: adegaris@cwcd.com; jsisson@cwcd.com; asapone@cwcd.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JAN 17 2008

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/30/08 |
| NAME OF SERVER (PRINT) Debra A. Callahan | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By delivering and leaving documents with Connie Boyle, legal Assistant for Merck + Co., Inc. at its usual place of business 1 Merck Dr. Whitehouse, Station, NJ 08889

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/1/08     *Signature of Server*: Debra Callahan
          *Date*

*Address of Server*: 50 Main St. Hackensack, NJ 07601

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

February 1, 2008

**Callahan Lawyers Service**
50 Main Street
P.O. Box 632
Hackensack, NJ, 07602
(201) 489-2245 (877) 767-2245 , (201) 489-8093 Fax

**RETURN SERVICE REQUESTED**

**Invoice**

CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM AL 35205

205-328-2200 Business

Reference Job #37197 when remitting.

**PERSONAL**

BETTY JEAN TROUTMAN vs MERCK & CO., INC.,

**Docket/Case Number: 08 CV 0434**
**SUM Summons & Complaint**
**MERCK & CO., INC.**

Process Service Fee (1 Address, 1 Affidavit, Non-Rush) $75.00

Total Service Fees : $75.00
Amount Received: $75.00
Amount Due: $0.00

Completed Personal Service to CONNIE BOYLE, LEGAL ASSISTANT , Agent in Charge on
January 30, 2008 at 10:45 AM,
at: MERCK & CO., INC., 1 MERCK DRIVE, WHITEHOUSE STATION, NJ 08889
by Debra Callahan, Process Server

Sex: **Female** Skin: **White** Hair: **Brown** Height: **5' 8"** Weight: **150-160 lbs** Age: **50**

There is no balance due:   $0.00

Thank You!!
We appreciate your business!
**Our Tax ID: 22-2868766**

REMINDER
Callahan Lawyers Service can serve all of your process, including Summons and Complaints, locally, nationally, and internationally.